16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,
                Plaintiffs

v.

M/V "TAMARACK" In Rem,
                Defendant

CASE NO. 3:01CV00849(AVC)
RKW

MARCH 12, 2004

## MOTION FOR ORDER OF SALE OF VESSEL

The Plaintiffs SGC, Ltd. and David Jackson by their attorneys hereby move this Court for an Order directing the sale of the In Rem Defendant vessel M/V "TAMMARACK", former U.S. Official No. 538040, a 1934 116' steel oil screw vessel whose last known port of United States Registry was given as Bridgeport, Connecticut (hereinafter referred to as the "Vessel"). As grounds in support of this Motion, the Plaintiffs represent as follows:

1. This action was filed against the In Rem Defendant Vessel on May 11, 2001 by the Plaintiffs pursuant to Rule 9(h) of the Federal Rules of Civil Procedure seeking enforcement and foreclosure of the Plaintiffs' maritime liens against the Vessel which arose by operation of maritime law in connection with monies advanced by the Plaintiffs with respect to certain Charter/Purchase agreements pertaining to said Vessel and for the purchase of equipment needed for the operation of the Vessel in its ocean hauling business.

2. On May 11, 2001, this Court issued a Warrant for the Arrest/Seizure of the In Rem Defendant Vessel by the United States Marshall, and pursuant to same, the United

GRANTED.
Alfred V. Covello, U.S.D.J.
March 31, 2004.
SO ORDERED.