UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SGC, LTD. and<br>DAVID JACKSON,<br>  Plaintiffs | :<br>:<br>: | CASE NO. 3:01CV00849(AVC) |
| v. | :<br>: | |
| M/V "TAMARACK" <u>In Rem</u>,<br>  Defendant | :<br>:<br>: | MAY 7, 2004 |

**MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS**

The Plaintiffs, SCG, LTD and David Jackson, in the above captioned matter, by their attorneys, hereby move for an order of this Court for the distribution of the sale proceeds received from the auction sale of the subject <u>In Rem</u> Defendant vessel "TAMARACK" on May 1, 2004 and in connection therewith states as follows:

1.  That notice of the arrest and seizure of the M/V "TAMARACK" was previously published in the "New Haven Register" on April 8, 9, and 10, 2003, which gave public notice of this auction and notice to third parties having an interest in the vessel to file claims or statements of interest with this Court and no claims or statements of interest have been filed within the prescribed time or at any time during the pendency of this action.

2.  That notice of the sale of the vessel "TAMARACK" was published in the New Haven Register and in "Boats & Harbors" in accordance with the Order of this Court dated March 31, 2004 as evidenced by the Affidavit of Publication from the New Haven Register and a copy of the "Boats & Harbors" advertisement attached hereto.

3.  That counsel for the Plaintiffs paid the invoice for the New Haven Register's publication in the amount of $298.66 and the invoice from "Boats & Harbors" in the amount of $608 for a total of $906.66 from Plaintiffs' counsel's own funds.

4.  That Plaintiffs additionally attempted to notify the last known owners of the vessel "TAMARACK" by mailing a copy of this Court's Order of Sale of Vessel to a last known business address of such owner by Certified Mail Return Receipt Requested as evidenced by a copy of the Certified mail envelope attached hereto which was returned for the reasons set forth thereon.

5.  That an auction sale of the vessel, as noticed and advertised as set forth above, was conducted by the U.S. Marshal on May 1, 20904 at 12:00 Noon EDST at the United States District Court in New Haven, Connecticut in accordance with the terms and provisions of said Order of Sale of Vessel and that the vessel was sold to the highest bidder thereat for $52,000.

6.  That a deposit of $15,000 toward the successful bid price of $52,000 was tendered to the U.S. Marshal's Office by the successful bidder at the conclusion of the auction and time of sale on May 1, 2004 and has been deposited with the Clerk in the Registry of this Court.

7.  That no objection was timely filed in opposition to the sale of said Vessel within the time period prescribed and set forth in said Order of Sale of Vessel and that in accordance with said Order the sale has been determined to have been automatically confirmed.

8.  That the outstanding balance of $37,000 due toward the full payment of the $52,000 successful bid price has been tendered to the U.S. Marshal's office by the successful bidder

and that the said sum of $52,000 was remitted to the Clerk of this Court for deposit in the Registry of this Court.

9. That subsequent to the Plaintiffs' initial deposit payment of the U.S. Marshal of $2,700.00 plus service of process fees of $182.07 and subsequent to the arrest and seizure of the In Rem Defendant vessel by the U.S. Marshal, the Plaintiffs' counsel paid to the U.S. Marshal additional sums totaling $2,450.00 for the continued maintenance of insurance on the vessel as set forth in the attached affidavit.

10. That the Judgment entered in favor of the Plaintiffs on April 30, 2002 in the amount of $37,368.00 with interest accruing at the legal rate of 10% per annum now amounts to $44,841.60 as of April 30, 2004 with per diem interest continuing to accrue until payment at the rate of $12.28/day.

11. That the Plaintiffs' allowable costs in the total amount of $3,308.22 are set forth in the Bill of Costs attached hereto.

WHEREFORE, the Plaintiffs respectfully pray that this Court enter an Order directing the Clerk of this Court make the following payments from the Registry of the Court.

A. To the U.S. Marshal's Office the sum of $795.00 representing the U.S. Marshal's Commission on the auction sale of the vessel at $52,000.

B. To the Plaintiffs' counsel Senning & Rieder the sum of $906.66 representing the amounts paid by Plaintiff's counsel for publication of legal notice and advertisement of the auction sale.

C.  To the Plaintiffs' counsel Senning & Rieder the sum of $2,450.00 representing the monies paid by Plaintiff's counsel to the U.S. Marshal's office since October to cover the continued expense of maintaining insurance on the subject vessel.

D.  To the Plaintiffs' counsel Senning & Rieder as attorney for the Plaintiffs the sum of $3,308.22 representing the total of the Plaintiffs' Bill of Costs in this action including the Court Entry Fee, U.S. Marshal's Service of Process Fee and U.S. Marshal's initial prepayment of expenses as set forth in the Bill of Costs attached hereto.

E.  To the Plaintiffs' counsel, Senning & Rieder as attorney for the Plaintiffs, the sum of $44,540.12 representing the $37,368.00 amount of the original Judgment entered by this Court on April 30, 2002 plus $7,473.60 in interest accrued from April 30, 2002 through April 30, 2004 and per diem interest at the rate of $12.28 from May 1, 2004 to May 10, 2004 the estimated date of payment less $424.28 due to unavailability of funds remaining available for distribution from the sale proceeds after making the forgoing payments.

THE PLAINTIFFS
SGC, LTD. and DAVID JACKSON

By _____
John L. Senning, Esquire of
Senning & Rieder
16 Saybrook Road
Essex, CT  06426
860-767-2618
Federal Bar No. CT05807
-- Their Attorneys --

# AFFIDAVIT OF PUBLICATION
# THE NEW HAVEN REGIST

STATE OF CONNECTICUT

County of New Haven

I, ...........Judith Saslafsky............ Connecticut, being duly sworn, do depose and say that I am ...a Classified R... of The New Haven Register; and that on the following date ...4/8, 9/10, 2003...to wit: .........

there was published in the regular daily edition of the said newspaper an advertisement,

and that the newspaper extracts hereto annexed were clipped from each of the above-named issues of said newspaper.

Subscribed and sworn to this ...10th... day of ...April... 2003 ........before me.

Mary Federico
Notary Public
My Commission Expires 10/31/07

**NOTICE OF ARREST/SEIZURE OF VESSEL**

NOTICE IS HEREBY GIVEN of the Arrest and Seizure of the MOTOR VESSEL "TAMARACK", former U.S. Official No. 538040, a 1934 116' steel oil screw motor vessel pursuant to an In Rem Warrant of Arrest issued by this Court in the above-captioned action to foreclose a maritime lien claim against said vessel as of record appears.

Pursuant to Rule C (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, all persons or parties having any claim against or interest in said vessel are hereby

# AFFIDAVIT OF PUBLICATION
# THE NEW HAVEN REGISTER

**STATE OF CONNECTICUT**

**County of New Haven**

I, _Judith Saslafsky_ ................................................

Connecticut, being duly sworn, do depose and say that I am _of Classified Rep_
of The New Haven Register; and that on the following date _4/4, 4/11, 4/18, 2004_ to wit: ....................

there was published in the regular daily edition of the said newspaper an advertisement,

**NOTICE OF PUBLIC AUCTION SALE OF VESSEL**
NOTICE IS HEREBY GIVEN THAT a Public Auction Sale of motor vessel TAMARACK, former Official Number 538040 will be held at 12:00 noon on May 1, 2004 at the United States District Court for the District of Connecticut at 141 Church Street, New Haven, CT pursuant to an Order of Sale of Vessel issued by said Court. Said auction sale shall be conducted by a U.S. Marshal and shall be deemed automatically confirmed unless an objection thereto is filed with said Court by May 15, 2004. Said auction shall be with reserve and the auctioneer shall have the right to reject any and all bids not deemed sufficient. For further information, contact: John L. Senning, Esq., SENNING & RIEDER, 16 Saybrook Road, Essex, CT 06426, 860-767-2618, attorney for the Plaintiffs SCG, Ltd and David Jackson.

and that the newspaper extracts hereto annexed were clipped from each of the above-named issues of said newspaper.

Subscribed and sworn to this _19th_ day of _April_ _2004_ before me.

_Mary Federici_ Notary Public

My Commission Expires 10/31/07

**SENNING & RIEDER**
THE ESSEX LAW GROUP, LLC
16 SAYBROOK ROAD
ESSEX, CONNECTICUT 06426

CERTIFIED MAIL™

7002 2410 0007 1610 2221

Caribe Marine
1215 N.W. 7th Avenue
Miami, FL 33136

NO SUCH NUMBER
3684

*Postage marks: $04.42 PB8535871 APR 22 04 MAILED FROM ESSEX CT 06426*
*$00.22 PB8535871 APR 22 04 MAILED FROM ESSEX CT 06426*

NO SUCH NUMBER
RETURN TO SENDER
NAME ___
1st Notice ___
2nd Notice ___
Return ___

08/26/1401

BOATS & HARBORS · Crossville, TN – (931) 456-6100 Fax (931) 456-2537 — TELL 'EM YOU SAW IT IN BOATS & HARBORS — THIRD APRIL ISSUE 2004 · PAGE 5

# NOTICE OF PUBLIC AUCTION SALE OF VESSEL

### VESSEL: M/V TAMARACK (O.N. 538040) STEEL WORK BOAT



**PARTICULARS:** Upon information and belief, steel fishing boat built in 1934 Manitowoc, WI. Used in the Great Lakes until 1980 as Coast Guard buoy tender, most recently used as a clammer. LOA 125', Breadth 29', Draft 9.2', GT 360, NT 245. Detroit Diesel 12 cylinders 149 series naturally aspirated Rebuilt 1991. Electric/manual steering, 671 & 471 generators 3 phase A/C with converter for D/C, 60kw & 40kw. Ballast tanks, 15,000 gal fuel tank.

**TERMS OF SALE:**

Public Auction Sale will be held at 12:00 noon on

**May 1, 2004**

at the United States District Court for the District of Connecticut at 141 Church Street, New Haven, CT pursuant to an Order of Sale of Vessel issued by the said Court in connection with Civil Action No. 3:01-CV-00849(AVC) entitled "S.C.G., LTD. et al. v. M/V "TAMARACK." Said auction sale shall be conducted by a U.S. Marshal and shall be deemed automatically confirmed unless an objection thereto is filed with said Court by May 5, 2004. Said auction shall be with reserve and the auctioneer shall have the right to reject any and all bids not deemed sufficient.

**INFORMATION:** contact: John L. Senning, Esq., SENNING & RIEDER, 16 Saybrook Road, Essex, CT 06426, **860-767-2618**, attorney for the Plaintiffs SCG, Ltd.

---



### KA'IULANI
**A Drop-Dead-Gorgeous**
Replica 19th century gaff schooner. New better. This is the real thing at a great price.
Excellent Condition ~ Fully Equipped
1984 ~ 65 lod ~ 49 Pax LBS ~ Cold Molded
Turn Key ~ Cruise or Charter
**$225,000**     $3.5M Replacement
Specs and lots of pix at **www.sfyacht.com**
**(415) 789-9199** CA

### FAST FERRY VESSELS FOR SALE

**105' Aluminum 280 Passenger High Speed Ferry**

105' x 22' Built in 1981 by Neuville. U.S.C.G. certified 20 miles, (3) GM-12V92 TI's main engines, speed 21Kts, (2) gen GM-371, 40 KW. Great boat for ship tendering, sightseeing, whale watch, ferry. Full electronics. **Only $475,000.00** (Don't miss this boat)

**75' ALUMINUM CREW BOAT / FAST FERRY**

Built 1981 by Camcraft, twin 12V71-TI's main engines, (2) 30KW gens, U.S.C.G. approved for 125 pass., Electronics Radar, VHF, Intercom. Great buy. Only **$150,000**.

**Call Capt. Fred (321) 783-7272  Cell (321) 480-3500**
Email: captfredga@aol.com

---


1996 Eastern 31' Current USCG COI 15x2 Yanmar 315, Great Tour, Dive, Tow or Fishing Boat West Coast of Florida.
**$125,000.**
1-888-416-2628


**48' Custom Marine Management**
Sport Fisherman 1980, Fishing/Diving, 12V92TAB, 1150hp, 20kt cruise, Full electronics, Gen, A/C, Sat. TV, Bow Thruster, Outriggers, 14' x 15' cockpit, much more. **$295,000** Contact Capt. Ray Woods, rys@rossyachtsales.com or
**(727) 447-5959**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,                      :
                    Plaintiffs      :      CASE NO. 3:01CV00849(AVC)
                                    :
v.                                  :
                                    :
M/V "TAMARACK" In Rem,              :      MAY 7, 2004
                    Defendant       :

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS**

I, John L. Senning, being duly sworn, do depose and say:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. I am the attorney for the Plaintiffs in the above-captioned action.

3. That in connection with the commencement of this In Rem action against the M/V "TAMARACK" I advanced the following sums from my office account:

| | |
|---|---:|
| Court Entry Fee | $ 150.00 |
| Service of Process - Vessel | 47.07 |
| Service of Process - Vessel custodian | 47.07 |
| Prepayment of U.S. Marshall's Expenses | 2,700.00 |
| Publication of Notice of Arrest & Seizure of Vessel | 364.08 |
| TOTAL COSTS | $ 3,308.22 |

4. That subsequent to the commencement of this action, I advanced the following additional sums to the U.S. Marshall for additional administrative <u>custodial legis</u> expenses:

| Date | Check No. | Amount |
|---|---|---|
| 10/27/02 | 5778 | $ 500.00 |
| 01/29/03 | 5926 | 450.00 |

5.  That subsequent to this Court's entry of the Order of Sale of Vessel on March 31, 2004, I advanced by credit card payment the following additional sums from my account as costs and <u>custodial legis</u> expenses for the publication of legal notice and advertisement of the public auction sale as required by said Order:

| | |
|---|---|
| New Haven Register | $ 298.66 |
| Boats & Harbors | 608.00 |
| TOTAL ADDITIONAL LEGAL NOTICE AND ADVERTISING COSTS | $ 906.66 |

6.  That the foregoing expenses represent reasonable and necessary expenses incurred as administrative and <u>custodial legis</u> expenses in connection with this <u>In Rem</u> maritime lien and judgment enforcement proceeding.

Signed this 7th day of May, 2004 at Essex, Connecticut

_____
John L. Senning

Subscribed and sworn to before me
this 7th day of May, 2004

_____
Notary Public
My Commission Expires ~~12/31/06~~
9-30-08

Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCG, LTD. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 3:01-CV-00849(AVC) |
| M/V "TAMARACK, | ) | |
| her rigging, engines, tackle, etc., | ) | |
| <u>In Rem</u>, et al | ) | |
| | ) | |
|     <u>Defendant</u> | ) | May 6, 2003 |

### BILL OF COSTS

The Plaintiffs S.C.G. Ltd. and DAVID JACKSON by their attorney John L. Senning of Senning & Rieder hereby submit the following Bill of Costs incurred with respect to their claim against the <u>In Rem</u> Defendant M/V "TAMARACK":

| | |
|---|---:|
| Court Entry Fee | $ 150.00 |
| U.S. Marshall Service of Process: Vessel | 47.07 |
|                             : Vessel custodian | 47.07 |
| Prepaid Expenses of the U.S. Marshall | 2,700.00 |
| Publication of Notice of Arrest & Seizure of the Vessel | <u>364.08</u> |
| TOTAL COSTS | $ 3,308.22 |

THE PLAINTIFF,
SCG, LTD.
By:_____
    John L. Senning, Esquire of
    Senning & Rieder
    16 Saybrook Road
    Essex, CT 06426
    860-767-2618
    Federal Bar No.: ct05807
    --Its Attorneys--

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,
: CASE NO. 3:01CV00849(AVC)
Plaintiffs :
v. :
:
M/V "TAMARACK" In Rem, : MAY 7, 2004
Defendant :

**ORDER FOR DISTRIBUTION AND PAYMENT OF SALE PROCEEDS**

The forgoing Motion for Order of Distribution of Sale Proceeds, Bill of Costs and Affidavit in support thereof having come on before this Court and been heard, it is hereby

ORDERED:   That the Clerk of the Court make the following payments from the $52,000 in sale proceeds paid into the Registry of this Court following the public auction sale of the M/V " TAMARACK" on May 1, 2004:

A.   To the U.S. Marshal's Office the sum of $795.00 representing the U.S. Marshal's Commission on the auction sale of the vessel at $52,000.

B.   To the Plaintiffs' counsel Senning & Rieder the sum of $906.66 representing the amounts paid by Plaintiff's counsel for publication of legal notice and advertisement of the auction sale as allowable costs and administrative <u>custodial legis</u> expenses.

C.   To the Plaintiffs' counsel Senning & Rieder the sum of $2,450.00 representing the monies paid by Plaintiff's counsel to the U.S. Marshal's office since October to

cover the continued expense of maintaining insurance on the subject vessel as allowable costs and administrative custodial legis expenses.

      D.      To the Plaintiffs' counsel Senning & Rieder as attorney for the Plaintiffs the sum of $3,308.22 representing the total of the Plaintiffs' Bill of Costs in this action including the Court Entry Fee, U.S. Marshal's Service of Process Fee and U.S. Marshal's initial prepayment of expenses as set forth in the Bill of Costs attached hereto.

      E.      To the Plaintiffs' counsel, Senning & Rieder as attorney for the Plaintiffs, SGC, Ltd and David Jackson, the sum of $44,540.12 representing the $37,368.00 amount of the original Judgment entered by this Court on April 30, 2002 plus $7,473.60 in interest accrued from April 30, 2002 through April 30, 2004 and per diem interest at the rate of $12.28 from May 1, 2004 to May 10, 2004 the estimated date of payment less $424.28 due to unavailability of further funds remaining available for distribution from the sale proceeds after making the forgoing payments.

      Dated May ___, 2004

                                                                                     U.S.D.J.

## Certificate of Service

A copy of the forgoing Motion for Order of Distribution of Sale Proceeds, Bill of Costs, Affidavit in Support and proposed Order for Distribution and Payment of Sale Proceeds was mailed postage prepaid this date to the non-appearing in rem Defendant M/V "TAMARACK" care of the last known address of its last known owners as follows:

>M/V "TAMARACK"
>c/o Caribe Marine A/K/A Caribe Marine Services
>1215 N. W. 7th Street
>Miami, FL  33136

Dated: May 7, 2004

_____
John L. Senning