```
                                              FILED

                                        2004 MAY 12  A 11: 45

                                        U.S. DISTRICT COURT
                                          HARTFORD, CT.
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,                          :
                    Plaintiffs          :      CASE NO. 3:01CV00849(AVC)
v.                                      :
                                        :
M/V "TAMARACK" In Rem,                  :      MAY 7, 2004
                    Defendant           :

**ORDER FOR DISTRIBUTION AND PAYMENT OF SALE PROCEEDS**

The forgoing Motion for Order of Distribution of Sale Proceeds, Bill of Costs and Affidavit in support thereof having come on before this Court and been heard, it is hereby

ORDERED:   That the Clerk of the Court make the following payments from the $52,000 in sale proceeds paid into the Registry of this Court following the public auction sale of the M/V "TAMARACK" on May 1, 2004:

A.   To the U.S. Marshal's Office the sum of $795.00 representing the U.S. Marshal's Commission on the auction sale of the vessel at $52,000.

B.   To the Plaintiffs' counsel Senning & Rieder the sum of $906.66 representing the amounts paid by Plaintiff's counsel for publication of legal notice and advertisement of the auction sale as allowable costs and administrative custodial legis expenses.

C.   To the Plaintiffs' counsel Senning & Rieder the sum of $2,450.00 representing the monies paid by Plaintiff's counsel to the U.S. Marshal's office since October to

cover the continued expense of maintaining insurance on the subject vessel as allowable costs and administrative <u>custodial legis</u> expenses.

   D. To the Plaintiffs' counsel Senning & Rieder as attorney for the Plaintiffs the sum of $3,308.22 representing the total of the Plaintiffs' Bill of Costs in this action including the Court Entry Fee, U.S. Marshal's Service of Process Fee and U.S. Marshal's initial prepayment of expenses as set forth in the Bill of Costs attached hereto.

   E. To the Plaintiffs' counsel, Senning & Rieder as attorney for the Plaintiffs, SGC, Ltd and David Jackson, the sum of $44,540.12 representing the $37,368.00 amount of the original Judgment entered by this Court on April 30, 2002 plus $7,473.60 in interest accrued from April 30, 2002 through April 30, 2004 and per diem interest at the rate of $12.28 from May 1, 2004 to May 10, 2004 the estimated date of payment less $424.28 due to unavailability of further funds remaining available for distribution from the sale proceeds after making the foregoing payments.

Dated May 12TH, 2004

_____
U.S.D.J.