UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,
      Plaintiffs

v.

M/V "TAMARACK" In Rem,
      Defendant

CASE NO. 3:01CV00849(AVC)

MAY 7, 2004

## MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS

The Plaintiffs, SCG, LTD and David Jackson, in the above captioned matter, by their attorneys, hereby move for an order of this Court for the distribution of the sale proceeds received from the auction sale of the subject In Rem Defendant vessel "TAMARACK" on May 1, 2004 and in connection therewith states as follows:

1. That notice of the arrest and seizure of the M/V "TAMARACK" was previously published in the "New Haven Register" on April 8, 9, and 10, 2003, which gave public notice of this auction and notice to third parties having an interest in the vessel to file claims or statements of interest with this Court and no claims or statements of interest have been filed within the prescribed time or at any time during the pendency of this action.

2. That notice of the sale of the vessel "TAMARACK" was published in the New Haven Register and in "Boats & Harbors" in accordance with the Order of this Court dated March 31, 2004 as evidenced by the Affidavit of Publication from the New Haven Register and a copy of the "Boats & Harbors" advertisement attached hereto.

GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.
May 12, 2004.