UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SGC, LTD. and | : | |
| DAVID JACKSON, | : | CASE NO. 3:01CV00849(AVC) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| M/V "TAMARACK"  In Rem, | : | MAY 27, 2004 |
| Defendant | : | |

**SUPPLEMENTAL MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS**

The Plaintiffs, SCG, LTD and David Jackson, in the above captioned matter, by their attorneys, hereby move for an order of this Court for the distribution of the sale proceeds received from the auction sale of the subject In Rem Defendant vessel "TAMARACK" on May 1, 2004 and in connection therewith states as follows:

1.      That the In Rem Defendant M/V "TAMARACK" was sold by the U.S. Marshal at a duly authorized public auction sale held on May 1, 2004 to the highest bidder for $52,000 pursuant to the Order of this Court dated March 31, 2004.

2.      That no objection was filed in opposition to the sale within the time period set forth in said Order of Sale of Vessel and that in accordance therewith the sale has been automatically confirmed.

3.      That the sum of $52,000 has been tendered to the U.S. Marshal by the highest bidder and said sum has been deposited with this Court.

4.      That the sum of $962.07 shall be paid from the sale proceeds held by this

Court to the U.S. Marshal which amount represents the total U.S. Marshal fees, expenses and

commission of sale in the amount of $6,612.07 less the sum of $5,650 which was previously paid to

the U.S. Marshal by the Plaintiffs' attorney.

5.      That the sum of $6,664.88 shall be paid to the Plaintiffs' attorney as costs

and custodial legis expenses incurred in this action pursuant to the Plaintiffs' Bill of Costs annexed

hereto.

6.      That the sum of $44,373.05 representing the remaining sale proceeds shall be

paid to the Plaintiffs' SGC, LTD and David Jackson which sum represents the amount of the

original judgment entered in favor of the Plaintiffs by this Court on April 30, 2002 in the amount of

$37,368.00 plus interest accrued from April 30, 2002 through May 28, 2004 in the amount of

$7,817.44 for a total of $45,185.44 less $812.39 due to the unavailability of funds remaining for

distribution from the sale proceeds after paying the balance due the U.S. Marshal of $962.07 and the

Plaintiff's Bill of Costs of $6,664.88.

WHEREFORE, the Plaintiffs respectfully pray that this Court enter an Order

directing the Clerk of this Court make the following payments from the Registry of the Court.

A.      To the U.S. Marshal's Office the sum of $962.07 representing the balance

due the U.S. Marshal.

B.      To the Plaintiffs' counsel Senning & Rieder the sum of $6664.88

representing the Plaintiffs' Bill of Costs as annexed hereto.

C.    The sum of $44,373.05, representing the balance of the remaining sale proceeds shall be paid to the Plaintiffs SGC, LTD and David Jackson, which sum represents the amount of the original judgment entered in favor of the Plaintiffs on April 30, 2002 plus interest accrued from April 30, 2002 through May 28, 2004 in the amount of $7,817.44 for a total of $45,185.44 less $812.39 of that amount due to unavailability of funds remaining for distribution after making above payments.

THE PLAINTIFFS
SGC, LTD. and DAVID JACKSON

By _____
John L. Senning, Esquire of
Senning & Rieder
16 Saybrook Road
Essex, CT  06426
860-767-2618
Federal Bar No. CT05807
-- Their Attorneys --

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,                          :
                    Plaintiffs          :        CASE NO. 3:01CV00849(AVC)

v.                                      :

                                        :
M/V "TAMARACK"  In Rem,                 :        MAY 26, 2004
                    Defendant           :

## AFFIDAVIT IN SUPPORT OF BILL OF COSTS AND
## MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS

I, John L. Senning, being duly sworn, do depose and say:

1.      I am over the age of eighteen (18) years and understand the obligations of an oath.

2.      I am the attorney for the Plaintiffs in the above-captioned action.

3.      That in connection with the commencement of this In Rem action against the M/V

"TAMARACK" I advanced the following sums from my office account:

| | | |
|---|---|---|
| Court Entry Fee | | $   150.00 |
| Service of Process - Vessel | | 47.07 |
| Service of Process - Vessel custodian | | 47.07 |
| Prepayment of U.S. Marshall's Expenses | | 2,700.00 |
| Publication of Notice of Arrest & Seizure of Vessel | | 364.08 |
| Legal Notice and advertising of sale: | | |
| New Haven Register | | 298.60 |
| Boats and Harbors | | 608.00 |
| Additional Payments to U.S. Marshal: | | |
| Date | Check No. | |
| 10/27/02 | 5778 | 500.00 |
| 01/29/03 | 5926 | 450.00 |
| 09/23/03 | 6394 | 500.00 |
| 12/18/03 | 6581 | 500.00 |
| 03/17/04 | 6776 | 500.00 |
| TOTAL COSTS | | $ 6,664.82 |

4.    That the foregoing expenses represent reasonable and necessary expenses incurred as administrative and <u>custodial legis</u> expenses in connection with this <u>In Rem</u> maritime lien and judgment enforcement proceeding.

Signed this 26th day of May, 2004 at Essex, Connecticut

John L. Senning

Subscribed and sworn to before me
this 26h day of May, 2004

Notary Public
My Commission Expires 12/31/06

Page 2 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SCG, LTD. | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 3:01-CV-00849(AVC) |
| M/V "TAMARACK, | ) | |
| her rigging, engines, tackle, etc., | ) | |
| In Rem, et al | ) | |
| | ) | |
| Defendant | ) | May 27, 2003 |

## AMENDED BILL OF COSTS

The Plaintiffs S.C.G. Ltd. and DAVID JACKSON by their attorney John L. Senning of

Senning & Rieder hereby submit the following Amended Bill of Costs incurred with respect to their claim

against the In Rem Defendant M/V "TAMARACK":

| | | |
|---|---|---|
| Court Entry Fee | | $    150.00 |
| Service of Process - Vessel | | 47.07 |
| Service of Process - Vessel custodian | | 47.07 |
| Prepayment of U.S. Marshall's Expenses | | 2,700.00 |
| Publication of Notice of Arrest & Seizure of Vessel | | 364.08 |
| Legal Notice and advertising of sale: | | |
| New Haven Register | | 298.60 |
| Boats and Harbors | | 608.00 |
| Additional Payments to U.S. Marshal: | | |
| Date | Check No. | |
| 10/27/02 | 5778 | 500.00 |
| 01/29/03 | 5926 | 450.00 |
| 09/23/03 | 6394 | 500.00 |
| 12/18/03 | 6581 | 500.00 |
| 03/17/04 | 6776 | 500.00 |
| TOTAL COSTS | | $ 6,664.82 |

THE PLAINTIFF,
SCG, LTD.
By:_____
    John L. Senning, Esquire of
    Senning & Rieder
    16 Saybrook Road
    Essex, CT  06426
    860-767-2618
    Federal Bar No.:  ct05807
    --Its Attorneys--

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,                    :
                                  :         CASE NO. 3:01CV00849(AVC)
                Plaintiffs        :
                                  :
v.                                :
                                  :
M/V "TAMARACK"  In Rem,           :
                Defendant         :

### ORDER FOR DISTRIBUTION OF SALE PROCEEDS

The forgoing Supplemental Motion for Order of Distribution of Sale Proceeds, Bill

of Costs and Affidavit in support thereof having come on before this Court and been heard, it is

hereby

ORDERED:    That the Clerk of the Court make the following payments from the

$52,000 in sale proceeds paid into the Registry of this Court following the public auction sale of the

M/V " TAMARACK" on May 1, 2004:

A.      To the U.S. Marshal's Office the sum of $962.07 representing the balance of

monies due the U.S. Marshal's office in connection with the arrest, seizure and public auction sale of

the vessel M/V TAMARACK.

B.      To the Plaintiffs' counsel Senning & Rieder as attorney for the Plaintiffs the

sum of $6,664.82 representing the total of the Plaintiffs' Bill of Costs in this action including the

Court Entry Fee, U.S. Marshal's Service of Process Fee and U.S. Marshal's initial prepayment of

expenses as set forth in the Bill of Costs attached to the Motion for Order of Distribution of Sale

Proceeds.

        C.     To the Plaintiffs' SGC, Ltd and David Jackson, the sum of $44,373.05

representing the amount of the original Judgment entered by this Court on April 30, 2002 in the

amount of $37,368.00 plus  interest accrued from April 30, 2002 through May 28, 2004 in the

amount of $7817.44 for a total due Plaintiffs of $45,185.44 less $812.33 due to unavailability of

further funds remaining available for distribution from the sale proceeds after making the forgoing

payments.

        Dated:  June ____, 2004

                                                  _____

                                            U.S.D.J.

## Certificate of Service

A copy of the forgoing was mailed postage prepaid this date to the non-appearing in rem Defendant M/V "TAMARACK" care of the last known address of its last known owners as follows:

M/V "TAMARACK"
c/o Caribe Marine A/K/A Caribe Marine Services
1215 N. W. 7th Street
Miami, FL  33136

Dated:  May 27, 2004

John L. Senning