UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,
    Plaintiffs    :    CASE NO. 3:01CV00849(AVC)
v.

M/V "TAMARACK" In Rem,    :    MAY 27, 2004
    Defendant

**SUPPLEMENTAL MOTION FOR ORDER OF DISTRIBUTION OF SALE PROCEEDS**

The Plaintiffs, SCG, LTD and David Jackson, in the above captioned matter, by their attorneys, hereby move for an order of this Court for the distribution of the sale proceeds received from the auction sale of the subject In Rem Defendant vessel "TAMARACK" on May 1, 2004 and in connection therewith states as follows:

1. That the In Rem Defendant M/V "TAMARACK" was sold by the U.S. Marshal at a duly authorized public auction sale held on May 1, 2004 to the highest bidder for $52,000 pursuant to the Order of this Court dated March 31, 2004.

2. That no objection was filed in opposition to the sale within the time period set forth in said Order of Sale of Vessel and that in accordance therewith the sale has been automatically confirmed.

3. That the sum of $52,000 has been tendered to the U.S. Marshal by the highest bidder and said sum has been deposited with this Court.

4. That the sum of $962.07 shall be paid from the sale proceeds held by this

[Margin annotation: June 4, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.]