FILED

2004 JUN -7 A 9: 48

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SGC, LTD. and
DAVID JACKSON,
              Plaintiffs

v.

M/V "TAMARACK" In Rem,
              Defendant

CASE NO. 3:01CV00849(AVC)

**ORDER FOR DISTRIBUTION OF SALE PROCEEDS**

The forgoing Supplemental Motion for Order of Distribution of Sale Proceeds, Bill of Costs and Affidavit in support thereof having come on before this Court and been heard, it is hereby

    ORDERED:    That the Clerk of the Court make the following payments from the $52,000 in sale proceeds paid into the Registry of this Court following the public auction sale of the M/V " TAMARACK" on May 1, 2004:

    A.    To the U.S. Marshal's Office the sum of $962.07 representing the balance of monies due the U.S. Marshal's office in connection with the arrest, seizure and public auction sale of the vessel M/V TAMARACK.

    B.    To the Plaintiffs' counsel Senning & Rieder as attorney for the Plaintiffs the sum of $6,664.82 representing the total of the Plaintiffs' Bill of Costs in this action including the Court Entry Fee, U.S. Marshal's Service of Process Fee and U.S. Marshal's initial prepayment of

expenses as set forth in the Bill of Costs attached to the Motion for Order of Distribution of Sale Proceeds.

       C.      To the Plaintiffs' SGC, Ltd and David Jackson, the sum of $44,373.05 representing the amount of the original Judgment entered by this Court on April 30, 2002 in the amount of $37,368.00 plus interest accrued from April 30, 2002 through May 28, 2004 in the amount of $7817.44 for a total due Plaintiffs of $45,185.44 less $812.33 due to unavailability of further funds remaining available for distribution from the sale proceeds after making the forgoing payments.

Dated: June 4, 2004

_____
U.S.D.J.

## Certificate of Service

A copy of the forgoing was mailed postage prepaid this date to the non-appearing <u>in rem</u> Defendant M/V "TAMARACK" care of the last known address of its last known owners as follows:

M/V "TAMARACK"
c/o Caribe Marine A/K/A Caribe Marine Services
1215 N. W. 7th Street
Miami, FL  33136

Dated: May 27, 2004

John L. Senning